UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RENEE CORMIER, INDIVIDUALLY AND VOLUNTARY EXECUTOR FOR, THE ESTATE OF MARGARET CORMIER<br><br>Plaintiff,<br><br>v.<br><br>WYETH dba WYETH, INC.; WYETH PHARMACEUTICALS INC.; PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; and GREENSTONE LTD.,<br><br>Defendants. | Civil Action No. 05-11722-RWZ |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiff Renee Cormier that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

RENEE CORMIER

By their attorneys:

/s/ Donald R. Grady_____
Donald R. Grady (BBO No. 544841)
Sheff Law Offices, P.C.
10 Tremont St., 7th Floor
Boston, MA 02108
(617) 227-7000
dgrady@shefflaw.com

US1DOCS 5309989v1

                                          Richard S. Lewis
                                          James J. Pizzirusso
                                          Cohen Milstein Hausfeld & Toll, P.L.L.C.
                                          1100 New York Ave, N.W.
                                          Suite 500 West
                                          Washington, DC 20005
                                          (202) 408-4600

Dated:  September 28, 2005

                                          WYETH, INC. and WYETH
                                          PHARMACEUTICALS, INC.

                                          By their attorneys:

                                          /s/ John J. Butts_____
                                          Robert M. Mahoney (BBO No. 315040)
                                          John J. Butts (BBO No. 643201)
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          60 State Street
                                          Boston, MA 02109
                                          (617) 526-6000
                                          john.butts@wilmerhale.com

Dated:  September 28, 2005

US1DOCS 5309989v1