UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENE CORMIER, as Special Administrator for the ESTATE OF MARGARET CORMIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WYETH d/b/a WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PHARMACIA & UPJOHN COMPANY; PFIZER INC.; GREENSTONE LTD.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-11722-RWZ |

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC and Greenstone, LTD. ("Defendants") and plaintiff Rene Cormier, as Special Administrator for the Estate of Margaret Cormier, that the time for Defendants to answer or otherwise plead in response to the Complaint is hereby extended through and including twenty (20) days after the transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

BOS1529337.1

Respectfully submitted:

RENE CORMIER, as Special Administrator for the ESTATE OF MARGARET CORMIER

By their attorneys,

*/S/ Donald R. Grady, Jr.*
_____
Donald R. Grady, Jr. (BBO No. 544841)
SHEFF LAW OFFICES, P.C.
10 Tremont Street
Daniel Webster Suite
Boston, MA  02108
Telephone:  (617) 227-7000


PFIZER INC.; PHARMACIA & UPJOHN COMPANY, LLC; and GREENSTONE, LTD.

*/S/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

DATED:  September 30, 2005

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 30th day of September 30, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.