UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENE CORMIER, as Special Administrator for the ESTATE OF MARGARET CORMIER,<br><br>        Plaintiff,<br><br>v.<br><br>WYETH d/b/a WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PHARMACIA & UPJOHN COMPANY; PFIZER INC.; GREENSTONE LTD.,<br><br>        Defendants. | CIVIL ACTION NO. 05-11722-RWZ |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PFIZER INC.; PHARMACIA & UPJOHN COMPANY, LLC;
AND GREENSTONE, LTD.**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC and Greenstone, LTD. (collectively "Defendants") hereby state:

1.   PFIZER, INC. is a publicly held company.

2.   PHARMACIA & UPJOHN COMPANY, LLC is a limited liability company whose sole member is PHARMACIA & UPJOHN, LLC.  No publicly held company owns more than 10% of PHARMACIA & UPJOHN COMPANY, LLC.

3.   GREENSTONE, LTD. is wholly-owned by PHARMACIA & UPJOHN COMPANY, LLC.  No publicly held company owns more than 10% of GREENSTONE, LTD.

BOS1532225.1

Respectfully submitted,

PFIZER, INC., PHARMACIA & UPJOHN COMPANY, LLC AND GREENSTONE, LTD.,

By its attorneys,

*/S/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 30th day of September, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.