FILED
IN CLERKS OFFICE

2005 OCT 19 A 8: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RENE CORMIER** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. 05-11722 RWZ |
| vs. | |
| **WYETH D/B/A WYETH INC., ET AL.,** | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **12th day of September, 2005, at 2:40 PM**, at the address of **1209 ORANGE Street, WILMINGTON, New Castle County, DE** ; this affiant served the above described documents upon **PFIZER, INC.**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Brian Penrod, Authorized to accept / White, Male, Age 25, 5'10", 180 lbs with black hair and glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___Delaware___ that the statement above is true and correct.

_____
Daniel Newcomb, Reg. # None Required, New Castle / DE


SUBSCRIBED AND SWORN to before me this 13th day of September, 2005

_____
NOTARY PUBLIC in and for the State of **Delaware**

| | | |
|---|---|---|
| ABC's Client Name<br>Cohen, Milstein, (D.C) PFI<br>12370-191 Cormier | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: 3720127 |

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

6/15/08