```
                                                              FILED
                                                          IN CLERKS OFFICE

        UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS  2005 OCT 19  A 8:50
```

| | | |
|---|---|---|
| **RENE CORMIER** | Hearing Date: | U.S. DISTRICT COURT DISTRICT OF MASS. |
| Plaintiff/Petitioner | CAUSE NO. 05-11722 RWZ | |
| vs. **WYETH D/B/A WYETH INC., ET AL.,** | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT | |
| Defendant/Respondent | | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **12th day of September, 2005, at 1:54 PM**, at the address of **2711 CENTERVILLE Road SUITE 400, WILMINGTON, New Castle County, DE** ; this affiant served the above described documents upon **WYETH PHARMACEUTICALS, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Mary Drummond, Authorized to accept / Black, Female, Age 40's, 5'6", 130 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___Delaware___ that the statement above is true and correct.

_____
**Kimberly Scolase, Reg. # None Required, New Castle / DE**

SUBSCRIBED AND SWORN to before me this 13th day of September, 2005

_____
NOTARY PUBLIC in and for the State of **Delaware**

| | | |
|---|---|---|
| ABC's Client Name **Cohen, Milstein, (D.C) PFI** 12370-191 Cormier | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3720130 |

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

6/15/08