# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 24, 2005

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached Schedule CTO-55)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 6, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
       Deputy Clerk

Attachments

cc:   Transferee Judge:   Judge William R. Wilson, Jr.
      Transferor Judges:  (See Attached List of Judges)
      Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-55)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,382 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-55 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 3 05-3055 | Frances Britt v. Wyeth, et al. |
| | |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4732 | Janet Edwards v. Wyeth, et al. |
| CAC 2 05-4755 | Louise Kuscevic v. Wyeth, et al. |
| CAC 2 05-4756 | Wilma Faulkner v. Wyeth, et al. |
| CAC 2 05-4757 | Nelleen Mims v. Wyeth, et al. |
| CAC 2 05-4759 | Nancy Katte v. Wyeth, et al. |
| CAC 2 05-4760 | Mary Ann Schubert v Wyeth, et al. |
| CAC 2 05-4763 | Marie Weaver v. Wyeth, et al. |
| CAC 2 05-4764 | Mary Ann Rochelle v. Wyeth, et al. |
| CAC 2 05-4765 | Janet Turner v. Wyeth, et al. |
| CAC 2 05-4767 | Diane Newcomb v. Wyeth, et al. |
| CAC 2 05-4846 | Charlotte Pratt v. Wyeth, et al. |
| CAC 2 05-4847 | Judith Peterson v. Wyeth, et al. |
| CAC 2 05-4848 | Judy Davis v. Wyeth, et al. |
| CAC 2 05-4850 | Marcia Gail Allen v. Wyeth, et al. |
| CAC 2 05-4852 | Sally Laufketter v. Wyeth, et al. |
| CAC 2 05-4854 | Jackie Saeland v. Wyeth, et al. |
| CAC 2 05-4859 | Juanita Brouwer v. Wyeth, et al. |
| CAC 2 05-4860 | Patricia Freeman v. Wyeth, et al. |
| CAC 2 05-4861 | Patricia Fernau v. Wyeth, et al. |
| CAC 2 05-4862 | Joan Casto v. Wyeth, et al. |
| CAC 2 05-4864 | Lorraine Mendow v. Wyeth, et al. |
| CAC 2 05-4869 | Nancy Jo Carter v. Wyeth, et al. |
| CAC 2 05-4870 | Phyllis Goode v. Wyeth, et al. |
| CAC 2 05-4871 | Donna Wheeler v. Wyeth, et al. |
| CAC 2 05-4872 | Donna Lehnhardt v. Wyeth, et al. |
| CAC 2 05-4873 | Alba Cordon v. Wyeth, et al. |
| CAC 2 05-4874 | Jan Costa Rydjeske v. Wyeth, et al. |
| CAC 2 05-4875 | Betty Lou Brady v. Wyeth, et al. |
| CAC 2 05-4876 | Esther Miller v. Wyeth, et al. |
| CAC 2 05-4878 | Evelyn Borak v. Wyeth, et al. |
| CAC 2 05-4880 | Nancy Hughes v. Wyeth, et al. |
| CAC 2 05-4881 | Doris Gist v. Wyeth, et al. |
| CAC 2 05-4882 | Susan Norton v. Wyeth, et al. |
| CAC 2 05-4883 | Patricia Kruse v. Wyeth, et al. |
| CAC 2 05-4887 | Patsy Anderson v. Wyeth, et al. |
| CAC 2 05-4889 | Wilma Cowart v. Wyeth, et al. |
| CAC 2 05-4904 | Bonnie Vogel v. Wyeth, et al. |
| CAC 2 05-4905 | Doris Willner v. Wyeth, et al. |
| CAC 2 05-4906 | Roseanna Lee v. Wyeth, et al. |
| CAC 2 05-4908 | Donna Taube v. Wyeth, et al. |
| CAC 2 05-4909 | Patricia Pease v. Wyeth, et al. |
| CAC 2 05-4910 | Sally Barailloux v. Wyeth, et al. |
| CAC 2 05-4911 | Lois Erickson v. Wyeth, et al. |
| CAC 2 05-4913 | Ruby Robbins v. Wyeth, et al. |
| CAC 2 05-4914 | Marian Conner v. Wyeth, et al. |
| CAC 2 05-4915 | Shirley Kurban v. Wyeth, et al. |
| CAC 2 05-4925 | Cheryl Carruth v. Wyeth, et al. |
| CAC 2 05-4935 | Muriel Pitsinger v. Wyeth, et al. |
| CAC 2 05-4936 | Gayla Farinash v. Wyeth, et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CAC 2  05-4937 | Mary Steele v. Wyeth, et al. |
| CAC 2  05-4938 | Joyce Waugh v. Wyeth, et al. |
| CAC 2  05-4966 | Carol Haney v. Wyeth |
| CAC 2  05-4974 | Isabel Fragoso v. Wyeth |
| CAC 2  05-4976 | Ann Moran v. Wyeth |
| CAC 2  05-4977 | Lillian Pesek v. Wyeth, et al. |
| CAC 2  05-4980 | Carol T. Kelly v. Wyeth |
| CAC 2  05-4985 | Marvin Porter v. Wyeth, et al. |
| CAC 2  05-4988 | Nan Maury v. Wyeth, et al. |
| CAC 2  05-4989 | Lois Coy v. Wyeth, et al. |
| CAC 2  05-4991 | Teresa Staniszewski, etc. v. Wyeth, et al. |
| CAC 2  05-4994 | Beverly Brink v. Wyeth, et al. |
| CAC 2  05-4995 | Nancy Johnson, v. Wyeth, et al. |
| CAC 2  05-4999 | James Silas, etc. v. Wyeth, et al. |
| CAC 2  05-5011 | Nata Cargan v. Wyeth |
| CAC 2  05-6440 | Judith R. Fallick, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 5  05-595 | Charlene McComas v. Wyeth, et al. |
| CAC 8  05-644 | Jewell Tolkin v. Wyeth, et al. |
| CAC 8  05-645 | Helen Penny Aros v. Wyeth, et al. |

FLORIDA MIDDLE
| | |
|---|---|
| FLM 5  05-402 | Louise Clemens v. Wyeth, Inc., et al. |
| ~~FLM 5  05-407~~ | ~~Barbara J. Moore v. Wyeth, Inc., et al.~~  OPPOSED 10/21/05 |
| FLM 8  05-1678 | Karen Morin v. Wyeth, Inc., et al. |
| ~~FLM 8  05-1766~~ | ~~Loretta Esposito v. Wyeth, Inc., et al.~~  OPPOSED 10/21/05 |
| ~~FLM 8  05-1771~~ | ~~Elaine Feegel Horgan v. Wyeth, Inc., et al.~~  OPPOSED 10/21/05 |

MASSACHUSETTS
| | |
|---|---|
| MA 1  05-11722 | Rene Cormier, etc., v. Wyeth, et al. |

MARYLAND
| | |
|---|---|
| MD 1  05-2429 | Carole J. Kamsch, et al. v. Wyeth, Inc., et al. |

MINNESOTA
| | |
|---|---|
| MN 0  05-1622 | Gladys Smith v. Wyeth, et al. |
| MN 0  05-1902 | Margaret Cox, et al. v. Wyeth, et al. |
| MN 0  05-1949 | Lorraine Freesmeier v. Bristol-Myers Squibb Co., et al. |
| MN 0  05-1972 | Catherine P. Gatson v. Wyeth, et al. |
| MN 0  05-1973 | Joy M. Coldiron v. Wyeth, et al. |
| MN 0  05-1974 | Mary Ellen Lowe v. Wyeth, et al. |
| MN 0  05-1975 | Faye Lankford v. Wyeth, et al. |
| MN 0  05-1986 | Wanda A. Bailey v. Wyeth, et al. |
| MN 0  05-2039 | Barbara Fraley v. Wyeth, et al. |
| MN 0  05-2041 | Elleen Jakubowski, et al. v. Wyeth, et al. |
| MN 0  05-2077 | Carole J. Lachowicz v. Wyeth, et al. |
| MN 0  05-2101 | Hannah Tanner v. Wyeth |
| MN 0  05-2105 | Virginia Donahue v. Wyeth, et al. |
| MN 0  05-2106 | Imogene Thompson v. Wyeth, et al. |
| MN 0  05-2107 | Jeanne Streible, et al. v. Wyeth, et al. |
| MN 0  05-2110 | Ivette Ferrer v. Wyeth |

MISSOURI EASTERN
| | |
|---|---|
| MOE 4  05-1036 | Carol Jean Seamster v. Wyeth |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI WESTERN** | |
| MOW 5 05-6088 | Wanda R. Hernandez, et al. v. Wyeth |
| MOW 6 05-3403 | Donald Weaver, et al. v. Wyeth |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-420 | Sylvia E. Clark v. Wyeth Pharmaceuticals, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-751 | Shirley Louise Gonzales Huffman v. Wyeth, Inc., et al. |
| **NORTH DAKOTA** | |
| ND 4 05-93 | Sharon Hesch, et al. v. Wyeth, Inc, et al. |
| **NEW HAMPSHIRE** | |
| NH 1 05-298 | Arlene Durgin v. Wyeth, et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-3609 | Patricia L. Johnson v. Wyeth, et al. |
| PAE 2 05-3618 | Irene B. Bracken v. Wyeth, et al. |
| PAE 2 05-3646 | Diane M. King, et al. v. Wyeth, et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-583 | Lottie Faye Bernard v. Wyeth, et al. |
| **VIRGINIA WESTERN** | |
| VAW 7 04-631 | Dorothy Catron v. Wyeth, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-55)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

LeeAnn K. Bell
Halleland, Lewis, Nilan & Johnson
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Suite 600
Minneapolis, MN 55402-4501

Garrett D. Blanchfield, Jr.
Richard, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Adrienne S. Blocker
Crumley & Associates
2400 Freeman Mill Road
Greensboro, NC 27406

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

William M. Corley
Marks, Gray, P.A.
1200 River Place Blvd.
Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

John A. Corr
Mellon Webster & Shelley
87 North Broad Street
Doylestown, PA 18901

Martin D. Crump
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Michael J. Fay
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Diane Fenner
Fenner & Boles, LLC
1515 Market Street
Suite 1510
Philadelphia, PA 19102

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Brenda S. Fulmer
Alley & Ingram, P.A.
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Donald R. Grady, Jr.
Sheff Law Offices
10 Tremont Street
7th Floor
Boston, MA 02108

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Betsy L. Katz
Kaye Scholer, LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Thomas H. McGowan
Provost Umphrey
1 Riverfront Place, Suite 605
Little Rock, AR 72114-5646

# INVOLVED JUDGES LIST (CTO-55)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. James A. Beaty, Jr.
U.S. District Judge
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Paul S. Diamond
U.S. District Judge
17613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Richard E. Dorr
U.S. District Judge
222 North John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Louis Guirola, Jr.
U.S. District Judge
814 Dan M. Russell, Jr.
 U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Daniel L. Hovland
Chief Judge, U.S. District Court
United States District Court
P.O. Box 670
Bismarck, ND 58502-0670

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. James S. Moody, Jr.~~
~~U.S. District Judge~~
~~Sam M. Gibbons U.S. Courthouse~~
~~801 North Florida Avenue~~
~~Tampa, FL 33602~~

# INVOLVED CLERKS LIST (CTO-55)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 6420
Fayetteville, AR 72702-6420

David J. Maland, Clerk
Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

James R. Starr, Clerk
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John F. Corcoran, Clerk
P.O. Box 1234
Roanoke, VA 24011

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Patricia L. Brune, Clerk
U.S. District Court
400 East 9th Street
Room 1510
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
U.S. District Court
207 N.W. Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800